**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YOVANNY DOMINGUEZ,
*for himself and on behalf of all other persons*
*similarly situated,*

<table>
<tr><td>Plaintiff,</td><td>20 <b>CIVIL</b> 166 (JPO)</td></tr>
<tr><td>-against-</td><td><b><u>JUDGMENT</u></b></td></tr>
</table>

IF BOUTIQUE LTD. et al.,

                                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated August 7, 2020, this case is dismissed for failure to prosecute;

judgment is entered in favor of Defendants, and the case is closed.


**Dated:**  New York, New York
            August 10, 2020


                                                **RUBY J. KRAJICK**
                                         _____
                                                **Clerk of Court**
                                    **BY:**
                                                **Deputy Clerk**